Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 07–25874–GMB
                        Chapter:  11
                        Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Trenton Convalescent Center Urban
    Renewal Associates, L.P.
    dba The Millhouse
    1114 Wynwood Avenue
    Cherry Hill, NJ 08002

Social Security No.:

Employer's Tax I.D. No.:
    22–2583823

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 30, 2009</u>                <u>Gloria M. Burns</u>
                                        Judge, United States Bankruptcy Court